**Order entered July 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01032-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82878-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of counsel. On July 3, 2019, the supplemental clerk's record with the appointment was filed. We **DIRECT** the Clerk to list Hunter Biederman as appellate counsel.

If counsel decides to adopt the *Anders* brief filed on April 11, 2019, he may do so by filing a letter by August 19, 2019 stating his intent to rely on the existing *Anders* brief along with a motion to withdraw as counsel. Any amended brief filed in place of the *Anders* brief is **DUE** by August 19, 2019.

/s/     BILL PEDERSEN, III
         JUSTICE